618

460 A.2d 859

Commonwealth v. Windle, Appellant.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.

460 A.2d 860

Foster, Appellant v. Shamrow.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order and judgment affirmed.